# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3095

_____

William Bradford,                          *
                                           *
              Appellant,                    *
                                           *   Appeal from the United States
       v.                                  *   District Court for the
                                           *   Eastern District of Missouri.
Michelle Whitworth,                        *
                                           *        [UNPUBLISHED]
              Appellee.                     *

_____

Submitted: September 7, 2007
Filed: September 17, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

William Bradford, a detainee at the Missouri Sexual Offender Treatment Center, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 suit against Michelle Whitworth, a registered nurse. Having carefully reviewed the record, see Senty-Haugen v. Goodno, 462 F.3d 876, 885 (8th Cir. 2006), cert. denied, 127 S. Ct. 2048 (2007) (standard of review), we agree with the district court that Nurse Whitworth's decision to place restrictions on Bradford for refusing to obey certain rules was a professional decision entitled to deference, see Youngberg

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

v. Romeo, 457 U.S. 307, 323-25 (1982); and that Bradford was provided adequate procedural protections, see Senty-Haugen, 462 F.3d at 887-88 (due process requirements are flexible and specific to each situation; most important mechanisms for ensuring due process are notice of factual basis leading to deprivation and fair opportunity for rebuttal).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____